PENNSYLVANIA WHISKEY DISTRIBUTING CORPORATION, Respondent, v. KATHERINE DOEPP, Appellant.— Action upon three promissory notes executed and delivered by the defendant. Order granting plaintiff's motion to strike out the answer and for summary judgment under rule 113, Rules of Civil Practice, and judgment entered thereon, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. MAX DRUCKER, Respondent.— Plaintiff appeals from an order of the County Court, Kings county, dismissing an indictment charging the defendant with the crime of libel. Order affirmed. No opinion. Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ., concur. [167 Misc. 557.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DOMINICK LOFARO, Appellant.— Appeal by defendant from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting him of a violation of section 962 of the Penal Law (receiving a refund of wages) and suspending sentence; and from an order denying defendant's motion in arrest of judgment. Judgment reversed on the law, information dismissed and defendant discharged, on authority of *People* v. *Thomas Lofaro* (*post*, p. 1001), decided herewith. Appeal from order dismissed. Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS LOFARO, Appellant.— Appeal by defendant from a judgment of the Court of Special Sessions of the City of New York, Borough of Brooklyn [County of Kings], convicting him of a violation of section 962 of the Penal Law (receiving a refund of wages) and sentencing him to pay a fine of $200, or, in the alternative, to be imprisoned for sixty days in the city prison; and from an order denying defendant's motion in arrest of judgment. Judgment reversed on the law, information dismissed and fine remitted. Assuming, without deciding, that the statute applies to contracts for private work and that it is constitutional, there is no proof that defendant agreed to pay the complainant the prevailing rate of wages, nor is there any competent proof as to what was the prevailing rate of wages. Appeal from order dismissed. Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ., concur.